UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Washington Peres, *et al.*,

    Plaintiffs,

        v.                                    Case No. 1:18cv018

Third Federal Savings and Loan
Association of Cleveland, *et al.*,            Judge Michael R. Barrett

    Defendants.

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 23, 2018 (Doc. 16).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 16) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendant Third Federal's Motion to Dismiss (Doc. 2) is **DENIED as moot**.

    **IT IS SO ORDERED.**

                                                             s/Michael R. Barrett
                                                             Michael R. Barrett
                                                             United States District Judge